Official Form 1 (4/07)

# United States Bankruptcy Court
## District of Connecticut

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bell, James Keith** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>xxx-xx-0656 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**405 Silver Creek Lane**<br>**Norwalk, CT**<br>ZIP Code **06850** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)          FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Bell, James Keith** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _/s/ signature_      July 26, 2007<br>Signature of Attorney for Debtor(s)     (Date)<br>**Matthew K. Beatman ct08923** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                       FORM B1, Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Bell, James Keith** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _/s/ James K. Bell_____<br>Signature of Debtor **James Keith Bell**<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>**July 26, 2007**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney**<br><br>X _/s/ M.K.B._____<br>Signature of Attorney for Debtor(s)<br><br>**Matthew K. Beatman ct08923**<br>Printed Name of Attorney for Debtor(s)<br><br>**Zeisler & Zeisler, P.C.**<br>Firm Name<br><br>**558 Clinton Avenue**<br>**Bridgeport, CT 06605**<br><br>Address<br><br>Email: **contact@zeislaw.com**<br>**(203) 368-4234  Fax: (203) 367-9678**<br>Telephone Number<br><br>**July 26, 2007**<br>Date | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | _____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

Form 4
(10/05)

# United States Bankruptcy Court
## District of Connecticut

In re: James Keith Bell
Debtor(s)

Case No. _____
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bank of America<br>Attn: Pres, GP or Mang Membr<br>PO Box 15102<br>Wilmington, DE 19886 | Bank of America<br>Attn: Pres, GP or Mang Membr<br>PO Box 15102<br>Wilmington, DE 19886 | | | 33,161.23 |
| Chrysler Financial<br>Attn: Pres, GP or Mang Membr<br>PO Box 2993<br>Milwaukee, WI 53201 | Chrysler Financial<br>Attn: Pres, GP or Mang Membr<br>PO Box 2993<br>Milwaukee, WI 53201 | | | 27,181.08 |
| Bank of America<br>Attn: Pres, GP or Mang Membr<br>PO Box 22031<br>Greensboro, NC 27420 | Bank of America<br>Attn: Pres, GP or Mang Membr<br>PO Box 22031<br>Greensboro, NC 27420 | | | 20,304.53 |
| American Express<br>Attn: Pres, GP or Mang Membr<br>PO Box 1270<br>Newark, NJ 07101 | American Express<br>Attn: Pres, GP or Mang Membr<br>PO Box 1270<br>Newark, NJ 07101 | | | 18,397.09 |
| GMAC<br>Attn: Pres, GP or Mang Membr<br>PO Box 9001948<br>Louisville, KY 40290 | GMAC<br>Attn: Pres, GP or Mang Membr<br>PO Box 9001948<br>Louisville, KY 40290 | | | 17,448.04 |
| American Express<br>Attn: Pres, GP or Mang Membr<br>PO Box 1270<br>Newark, NJ 07101 | American Express<br>Attn: Pres, GP or Mang Membr<br>PO Box 1270<br>Newark, NJ 07101 | | | 16,223.25 |
| Tirola & Herring<br>Attn: Pres, GP or Mang Membr<br>PO Box 631<br>Westport, CT 06881 | Tirola & Herring<br>Attn: Pres, GP or Mang Membr<br>PO Box 631<br>Westport, CT 06881 | | | 13,877.01 |

In re   James Keith Bell                                              Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Discover Card<br>Attn: Pres, GP or Mang Membr<br>PO Box 15251<br>Wilmington, DE 19886 | Discover Card<br>Attn: Pres, GP or Mang Membr<br>PO Box 15251<br>Wilmington, DE 19886 | | | 11,380.59 |
| CitiBusiness Card<br>Attn: Pres, GP or Mang Membr<br>PO Box 183062<br>Columbus, OH 43218 | CitiBusiness Card<br>Attn: Pres, GP or Mang Membr<br>PO Box 183062<br>Columbus, OH 43218 | | | 10,380.19 |
| Citi Cards<br>Attn: Pres, GP or Mang Membr<br>PO Box 183062<br>Columbus, OH 43218 | Citi Cards<br>Attn: Pres, GP or Mang Membr<br>PO Box 183062<br>Columbus, OH 43218 | | | 8,098.69 |
| Anthem Blue Cross Blue Shield<br>Attn: Pres, GP or Mang Membr<br>PO Box 11017<br>Lewiston, ME 04243 | Anthem Blue Cross Blue Shield<br>Attn: Pres, GP or Mang Membr<br>PO Box 11017<br>Lewiston, ME 04243 | | | 7,601.52 |
| Bank of America<br>Attn: Pres, GP or Mang Membr<br>PO Box 15726<br>Wilmington, DE 19886 | Bank of America<br>Attn: Pres, GP or Mang Membr<br>PO Box 15726<br>Wilmington, DE 19886 | | | 6,629.27 |
| Discover Motiva Card<br>Attn: Pres, GP or Mang Membr<br>PO Box 15251<br>Wilmington, DE 19886 | Discover Motiva Card<br>Attn: Pres, GP or Mang Membr<br>PO Box 15251<br>Wilmington, DE 19886 | | | 6,603.09 |
| United States of America<br>c/o Christopher W. Schmeisser<br>US Attorneys Office<br>157 Church St. 23rd Fl<br>New Haven, CT 06510 | United States of America<br>c/o Christopher W. Schmeisser<br>US Attorneys Office<br>New Haven, CT 06510 | | | 6,000.00 |
| Bank of America<br>Attn: Pres, GP or Mang Membr<br>PO Box 15726<br>Wilmington, DE 19886 | Bank of America<br>Attn: Pres, GP or Mang Membr<br>PO Box 15726<br>Wilmington, DE 19886 | | | 5,866.36 |
| Capital One<br>Attn: Pres, GP or Mang Membr<br>PO Box 70885<br>Charlotte, NC 28272 | Capital One<br>Attn: Pres, GP or Mang Membr<br>PO Box 70885<br>Charlotte, NC 28272 | | | 4,897.07 |

In re  James Keith Bell                                      Case No.  _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>Attn: Pres, GP or Mang Membr<br>PO Box 1270<br>Newark, NJ 07101 | American Express<br>Attn: Pres, GP or Mang Membr<br>PO Box 1270<br>Newark, NJ 07101 | | | 1,960.35 |
| Connecticut Light & Power<br>Attn: Pres, GP or Mang Membr<br>PO Box 2960<br>Hartford, CT 06104 | Connecticut Light & Power<br>Attn: Pres, GP or Mang Membr<br>PO Box 2960<br>Hartford, CT 06104 | | | 1,689.32 |
| Allstate Insurance TB<br>Attn: Pres, GP or Mang Membr<br>1084 Post Rd<br>Darien, CT 06820 | Allstate Insurance TB<br>Attn: Pres, GP or Mang Membr<br>1084 Post Rd<br>Darien, CT 06820 | | | 598.58 |
| Allstate Insurance<br>Attn: Pres, GP or Mang Membr<br>1084 Post Rd<br>Darien, CT 06820 | Allstate Insurance<br>Attn: Pres, GP or Mang Membr<br>1084 Post Rd<br>Darien, CT 06820 | | | 331.11 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  July 26, 2007                        Signature  _James Keith Bell_
                                                      James Keith Bell
                                                      Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Connecticut

In re   James Keith Bell                                        Case No. _____

                                    Debtor(s)                   Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   July 2?, 2007                    _____/s/ James K. Bell_____
                                         James Keith Bell
                                         Signature of Debtor

Allstate Insurance
Attn: Pres, GP or Mang Membr
1084 Post Rd
Darien, CT 06820


Allstate Insurance TB
Attn: Pres, GP or Mang Membr
1084 Post Rd
Darien, CT 06820


America's Servicing Company
Attn: Pres, GP or Mang Membr
PO Box 1820
Newark, NJ 07101


American Express
Attn: Pres, GP or Mang Membr
PO Box 1270
Newark, NJ 07101


American Express
Attn: Pres, GP or Mang Membr
PO Box 5207
Fort Lauderdale, FL 33310


Anthem Blue Cross Blue Shield
Attn: Pres, GP or Mang Membr
PO Box 11017
Lewiston, ME 04243


Bank of America
Attn: Pres, GP or Mang Membr
PO Box 15726
Wilmington, DE 19886


Bank of America
Attn: Pres, GP or Mang Membr
PO Box 22031
Greensboro, NC 27420


Bank of America
Attn: Pres, GP or Mang Membr
PO Box 15102
Wilmington, DE 19886

Bell Licensing, LLC

Capital One
Attn: Pres, GP or Mang Membr
PO Box 70885
Charlotte, NC 28272

Chase Bank
Attn: Pres, GP or Mang Membr

Chrysler Financial
Attn: Pres, GP or Mang Membr
PO Box 2993
Milwaukee, WI 53201

Citgo
Attn: Pres, GP or Mang Membr
Des Moines, IA 50362

Citi Cards
Attn: Pres, GP or Mang Membr
PO Box 183062
Columbus, OH 43218

CitiBusiness Card
Attn: Pres, GP or Mang Membr
PO Box 183062
Columbus, OH 43218

Connecticut Light & Power
Attn: Pres, GP or Mang Membr
PO Box 2960
Hartford, CT 06104

Discover Card
Attn: Pres, GP or Mang Membr
PO Box 15251
Wilmington, DE 19886

Discover Motiva Card
Attn: Pres, GP or Mang Membr
PO Box 15251
Wilmington, DE 19886

GC Services LP
Attn: Pres, GP or Mang Membr
6330 Gulfton
Houston, TX 77081


GMAC
Attn: Pres, GP or Mang Membr
PO Box 9001948
Louisville, KY 40290


Home Depot
Attn: Pres, GP or Mang Membr
PO Box 6029
The Lakes, NV 88901


Household Bank Platinum
Attn: Pres, GP or Mang Membr


HSBC Bank USA
Attn: Pres, GP or Mang Membr
3476 State View
Fort Mill, SC 29715


HSBC Bank USA
c/o Ocwen Loan Servicing, LLC
Attn: Managing Member
West Palm Beach, FL 33416


Hunt, Leibert Jacobson P.C.
Attn: Bruce Fair, Esq.
50 Weston St
Hartford, CT 06120


John Regan, Esq.
Foreclosure Committee
1200 Summer St #103
Stamford, CT 06905


Lepofsky Lepofsky & Lang
7-9 Isaac St
PO Box 511
Norwalk, CT 06852

Neubert, Pepe & Monteith PC
Attn: Pres, GP or Mang Membr
195 Church Street, 13th Floor
New Haven, CT 06510


O'Connell Flaherty & Attmore
280 Trumbull St
Hartford, CT 06103


Pitney Bowes Purchase Power
Attn: Pres, GP or Mang Membr
PO Box 856042
Louisville, KY 40285


Sunoco
Attn: Pres, GP or Mang Membr
PO Box 689155
Des Moines, IA 50368


Tirola & Herring
Attn: Pres, GP or Mang Membr
PO Box 631
Westport, CT 06881


Tirola & Herring
Attn: Vincent Tirola, Esq.
PO Box 631
Westport, CT 06881


United States of America
c/o Christopher W. Schmeisser
US Attorneys Office
157 Church St. 23rd Fl
New Haven, CT 06510